### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Raymond Johnson and Josephine Scott, h/w, | : |
| | : |
| Plaintiffs, | : CIVIL ACTION |
| v. | : |
| | : |
| J. C. Penney Corporation, Inc., Old Copper Company, Inc., Penney OPCO LLC d/b/a JCPenney, Simon Property Group, Inc. and Brookfield Asset Management, Inc., | : NO. 22-3665 |
| | : |
| Defendants. | : |

### **STIPULATION**

**AND NOW**, this 23rd day of March 2023, it is STIPULATED by the undersigned counsel that:

1. Defendant, Penney OPCO LLC d/b/a JCPenney, agrees that if liability is found, that it is responsible for the area in question, as alleged in Plaintiffs' Complaint. Penney OPCO LLC will not argue that the parties being dismissed without prejudice are responsible for the area in question.

2. Simon Property Group, Inc., Brookfield Asset Management, Inc., J. C. Penney Corporation, Inc., and Old Copper Company, Inc. are **DISMISSED** as parties to the above matter, without prejudice.

3. Plaintiffs shall have the opportunity to join any of the dismissed Defendants should they discover documentation and/or information identifying such party as potentially responsible/liable.

4. The caption shall be **AMENDED** to read Raymond Johnson and Josephine Scott, h/w v. Penney OPCO LLC d/b/a JCPenney.

| | |
|---|---|
| **HAGGERTY GOLDBERG SCHLEIFER & KUPERSMITH PC** | **WEBER GALLAGHER SIMPSON STAPLETON FIRES & NEWBY LLP** |

By:_____/s/ J.W._____        By:____*Jennifer G. Shorr*_____
  Jason R. Weiss, Esquire                                   Jennifer G. Shorr, Esquire
  Attorney for Plaintiffs,                                     Attorney for Defendant,
  Raymond Johnson and Josephine Scott         Simon Property Group, Inc. and
                                                                                Penney OpCo, LLC (incorrectly
                                                                                identified as J.C. Penney
                                                                                Corporation, Inc.; JCPenney and
                                                                                Old Cooper Company, Inc.)

BY THE COURT:

s/ R. Barclay Surrick
_____
                                                                 J.