IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND JOHNSON et al. | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 22-3665 |
| PENNEY OPCO LLC d/b/a JCPENNEY | : |

## ORDER

**AND NOW**, this 8th day of January, 2025, upon consideration of Defendant Penney Opco LLC's Motion for Summary Judgment (ECF No. 41), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**